446 A.2d 699

Commonwealth v. Cunningham, Appellant.

Submitted March 16, 1982. Joseph M. Budicak, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Judgment of sentence affirmed.